**Encarnacion Cleotilde GONZALEZ GARCIA; et al., Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 08–71864.**

United States Court of Appeals, Ninth Circuit.

April 14, 2011.

Peter Duong, Law Offices of Peter Duong, San Francisco, CA, for Petitioners.

Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, Susan Houser, U.S. Department of Justice, OIL, Civil Division/Office of Immigration Litigation Timothy Bo Stanton, Judith Roberta O'Sullivan, Esquire, Trial, U.S. Department of Justice, Washington, DC, for Respondent.

Before: B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

## ORDER

On April 21, 2010, the Board of Immigration Appeals ("BIA") reopened proceedings in this case and remanded to the immigration judge to afford the lead petitioner the opportunity to apply for benefits under the Nicaraguan Adjustment and Central American Relief Act, Pub.L. No. 105–100, tit. II, 111 Stat. 2193, *amended by* Pub.L. No. 105–139 (1997). The BIA's order reopened and remanded the cases of all three petitioners. Consequently, there is no final order of removal currently in effect, and this court lacks jurisdiction over the petition for review. *See* 8 U.S.C. § 1252(a)(1); *cf. Alcala v. Holder*, 563 F.3d 1009 (9th Cir.2009).

**PETITION FOR REVIEW DISMISSED WITHOUT PREJUDICE.**